# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 9379 | **DATE** | 6/20/2013 |
| **CASE TITLE** | Verdalino Garcia, Josephine Garcia vs. Zimmer, Inc., et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' unopposed motion for dismissal [8] granted. The above cause is dismissed with prejudice, without costs, sanctions, or attorney's fees.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|